## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cr-80070-Rosenberg/Reinhart

**21 U.S.C. § 846**
**21 U.S.C. § 841(a)(1)**
**18 U.S.C. § 924(c)**
**18 U.S.C. § 924(d)(1)**
**21 U.S.C. § 853**

**UNITED STATES OF AMERICA**

**vs.**

**ANWAR HAZZI**
**and DARREN MICHAEL STIEHLER,**

                        **Defendants.**
_____/

FILED BY ____SP____ D.C.

May 30, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From in or around June 2023, the exact date being unknown to the Grand Jury, and continuing through on or about May 15, 2024, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**ANWAR HAZZI**
and
**DARREN MICHAEL STIEHLER,**

did knowingly and willfully combine, conspire, confederate, and agree with each other, and with other persons unknown to the Grand Jury, to distribute, and possess with intent to distribute, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

With respect to the defendants, **ANWAR HAZZI** and **DARREN MICHAEL STIEHLER**, it is further alleged that the controlled substances involved in the conspiracy attributed to each defendant, as a result of that defendant's own conduct and the conduct of other conspirators reasonably foreseeable to that defendant, was 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vi).

With respect to the defendants, **ANWAR HAZZI** and **DARREN MICHAEL STIEHLER**, it is further alleged that the controlled substances involved in the conspiracy attributed to each defendant, as a result of that defendant's own conduct and the conduct of other conspirators reasonably foreseeable to that defendant, was 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(vii).

### COUNT 2

On or about January 31, 2024, in Palm Beach County, in the Southern District of Florida, the defendants,

### ANWAR HAZZI
### and
### DARREN MICHAEL STIEHLER,

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(viii), it is further alleged that this violation involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

2

## COUNT 3

On or about February 13, 2024, in Palm Beach County, in the Southern District of Florida, the defendants,

**ANWAR HAZZI**
and
**DARREN MICHAEL STIEHLER,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(viii), it is further alleged that this violation involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

## COUNT 4

On or about March 20, 2024, in Palm Beach County, in the Southern District of Florida, the defendants,

**ANWAR HAZZI**
and
**DARREN MICHAEL STIEHLER,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of fentanyl.

3

## COUNT 5

On or about March 22, 2024, in Palm Beach County, in the Southern District of Florida, the defendants,

**ANWAR HAZZI**
and
**DARREN MICHAEL STIEHLER,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of fentanyl.

## COUNT 6

On or about April 4, 2024, in Palm Beach County, in the Southern District of Florida, the defendants,

**ANWAR HAZZI**
and
**DARREN MICHAEL STIEHLER,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of fentanyl.

## COUNT 7

On or about May 1, 2024, in Palm Beach County, in the Southern District of Florida, the defendants,

**ANWAR HAZZI**
and
**DARREN MICHAEL STIEHLER,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United

4

States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(vi), it is further alleged that this violation involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(viii), it is further alleged that this violation involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

## COUNT 8

On or about May 15, 2024, in Palm Beach County, in the Southern District of Florida, the defendants,

**ANWAR HAZZI**
and
**DARREN MICHAEL STIEHLER,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(vi), it is further alleged that this violation involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(viii), it is further alleged that this violation involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

## COUNT 9

On or about May 15, 2024, in Palm Beach County, in the Southern District of Florida, the defendants,

**ANWAR HAZZI**
and
**DARREN MICHAEL STIEHLER,**

did knowingly possess a firearm in furtherance of, and knowingly carry a firearm during and in relation to, a drug trafficking crime, a felony offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 846 and 841(a)(1), as charged in Count 1 and Count 8 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

It is further alleged that said firearm was a Glock semi-automatic pistol.

## COUNT 10

On or about May 15, 2024, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DARREN MICHAEL STIEHLER,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(viii), it is further alleged that this violation involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

## COUNT 11

On or about May 15, 2024, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DARREN MICHAEL STIEHLER,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 12

On or about May 15, 2024, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DARREN MICHAEL STIEHLER,**

did knowingly possess a firearm in furtherance of a drug trafficking crime, a felony offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 6 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

It is further alleged that this offense involved a Zastava Arms semi-automatic rifle.

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **ANWAR HAZZI** and **MICHAEL DARREN STIEHLER**, have an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 924(c), or any other criminal law of the United States, as alleged in this Indictment, the defendants shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

3.      Upon conviction of a violation of Title 21, United States Code, Sections 846 and/or 841, as alleged in this Indictment, the defendants shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 21, United States Code, Section 853, and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BRIAN RALSTON
ASSISTANT UNITED STATES ATTORNEY

8

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.:** 24-cr-80070-Rosenberg/Reinhart |

**v.**
ANWAR HAZZI,
and
DARREN MICHAEL STIEHLER,                /

**CERTIFICATE OF TRIAL ATTORNEY**

Defendants.

**Superseding Case Information:**

New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami    ☐ Key West    ☐ FTP
☐ FTL      ☒ WPB

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3.  Interpreter: (Yes or No) No
    List language and/or dialect: _____

4.  This case will take   4   days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                    (Check only one)
    I    ☒ 0 to  5 days               ☐ Petty
    II   ☐ 6 to 10 days               ☐ Minor
    III  ☐ 11 to 20 days              ☐ Misdemeanor
    IV   ☐ 21 to 60 days              ☒ Felony
    V    ☐ 61 days and over

6.  Has this case been previously filed in this District Court? (Yes or No) No
    If yes, Judge _____ Case No. _____

7.  Has a complaint been filed in this matter? (Yes or No) Yes
    If yes, Magistrate Case No. 24-8226-BER  (Hazzi)

8.  Does this case relate to a previously filed matter in this District Court? (Yes or No) No
    If yes, Judge _____ Case No. _____

9.  Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By:   _Brian R.S_____
BRIAN RALSTON
Assistant United States Attorney
Court ID No.      A5502727

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name**: Anwar Hazzi

**Case No**: 24-cr-80070-Rosenberg/Reinhart

Count#: 1

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance (methamphetamine) (fentanyl)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** 5 years to life
* **Max. Fine:** $10,000,000
* **Special Assessment:** $100

Counts #: 2, 3

Distribution of a Controlled Substance (fentanyl) (methamphetamine)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii)
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** 4 years to life
* **Max. Fine:** $5,000,000
* **Special Assessment:** $100

Counts #: 4-6

Distribution of a Controlled Substance (fentanyl)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:** 3 years to life
* **Max. Fine:** $1,000,000
* **Special Assessment:** $100

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Count #: 7

Distribution of a Controlled Substance (fentanyl) _____

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** 5 years to life
* **Max. Fine:** $10,000,000
* **Special Assessment:** $100

Count #: 8

Possession with Intent to Distribute of a Controlled Substance (fentanyl) (methamphetamine) __

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii)
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** 4 years to life
* **Max. Fine:** $5,000,000
* **Special Assessment:** $100

Count #: 9

Possession of a Firearm in Furtherance of a Drug Trafficking Crime _____

18 U.S.C. § 924(c)
* **Max. Term of Imprisonment:** Life (Consecutive)
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years consecutive to any penalty imposed as to Counts 8 and 11
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000
* **Special Assessment:** $100

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name**: <u>Darren Michael Stiehler</u>

**Case No**:<u>   24-cr-80070-Rosenberg/Reinhart</u>

Count #: 1

<u>Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance
(methamphetamine) (fentanyl)</u>

<u>21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii)</u>
**\* Max. Term of Imprisonment:** Life
**\* Mandatory Min. Term of Imprisonment (if applicable):** 10 years
**\* Max. Supervised Release:** 5 years to life
**\* Max. Fine:** $10,000,000
**\* Special Assessment:** $100

Count #: 2, 3

<u>Distribution of a Controlled Substance (fentanyl) (methamphetamine)</u>

<u>21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii)</u>
**\* Max. Term of Imprisonment:** 40 years
**\* Mandatory Min. Term of Imprisonment (if applicable):** 5 years
**\* Max. Supervised Release:** 4 years to life
**\* Max. Fine:** $5,000,000
**\* Special Assessment:** $100

Counts #: 4-6

<u>Distribution of a Controlled Substance (fentanyl)</u>

<u>21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)</u>
**\* Max. Term of Imprisonment:** 20 years
**\* Mandatory Min. Term of Imprisonment (if applicable):**
**\* Max. Supervised Release:** 3 years to life
**\* Max. Fine:** $1,000,000
**\* Special Assessment:** $100

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Count #: 7

Distribution of a Controlled Substance (fentanyl) _____

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** 5 years to life
* **Max. Fine:** $10,000,000
* **Special Assessment:** $100

Count #: 8

Possession with Intent to Distribute of a Controlled Substance (fentanyl) (methamphetamine) ___

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii)
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** 4 years to life
* **Max. Fine:** $5,000,000
* **Special Assessment:** $100

Counts #: 10, 11

Possession with Intent to Distribute a Controlled Substance (cocaine) _____

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(ii)
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** 4 years to life
* **Max. Fine:** $5,000,000
* **Special Assessment:** $100

Counts #: 9, 12

Possession of a Firearm in Furtherance of a Drug Trafficking Crime _____

18 U.S.C. § 924(c)
* **Max. Term of Imprisonment:** Life (Consecutive)
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years consecutive to any penalty imposed as to Counts 8 and 11
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000
* **Special Assessment:** $100

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**